**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carole A Jones<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5511<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–17872–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Carole A Jones
   aka Carol A Jones

7/26/19                                              **By the court:** Jerrold N. Poslusny Jr.
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                    Case No. 19-17872-JNP
Carole A Jones                                            Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Jul 26, 2019
                               Form ID: 318             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Carole A Jones,    153 La Cascata,    Clementon, NJ 08021-4910
518190192      +Advocare SIMA,    PO Box 3001 D42,    Voorhees, NJ 08043-0598
518190193      +Alltran Financial LP,    PO Box 4045,    Concord, CA 94524-4045
518190196      +Cambridge Credit Counseling Corp.,    67 Hunt Street,    Agawam, MA 01001-1912
518190201      +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518190204       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518190207      +Dr. Linda St. Martin,    496 Cooper Rd.,    Voorhees, NJ 08043-9521
518190208      +Financial Recoveries,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
518190209      +Jefferson Health NJ,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
518317084      +PNC Bank, National Association,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518190211      +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
518190212      +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
518190213      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518190214       Rothman Institute,    PO BOX 757910,    Philadelphia, PA 19175-7910
518190217      +Tiaa Bank,    11 Oval Dr Ste 107,    Islandia, NY 11749-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518190194       EDI: BANKAMER.COM Jul 27 2019 04:28:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
518190195       E-mail/Text: info@chcollects.com Jul 27 2019 01:10:13     C&H Collection Services,
                 PO Box 1399,    Merchantville, NJ 08109-0399
518190197      +EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Cap1/boscv,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
518190198       EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
518190199      +EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital One, N.a.,    Po Box 26625,
                 Richmond, VA 23261-6625
518190200      +EDI: CHASE.COM Jul 27 2019 04:28:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
518190202      +EDI: WFNNB.COM Jul 27 2019 04:28:00      Comenitybk/totalvs,    Po Box 182789,
                 Columbus, OH 43218-2789
518190203      +EDI: WFNNB.COM Jul 27 2019 04:28:00      Comenitycb/boscov,    Po Box 182120,
                 Columbus, OH 43218-2120
518190205      +EDI: RCSFNBMARIN.COM Jul 27 2019 04:28:00      Credit One Bank Na,    Po Box 98872,
                 Las Vegas, NV 89193-8872
518190206      +EDI: DISCOVER.COM Jul 27 2019 04:28:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
518190210      +E-mail/PDF: bankruptcy@ncfsi.com Jul 27 2019 01:16:46     New Century Financial,
                 110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
518190215      +EDI: RMSC.COM Jul 27 2019 04:28:00      Syncb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
518193481      +EDI: RMSC.COM Jul 27 2019 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518190216      +EDI: WTRRNBANK.COM Jul 27 2019 04:28:00      Target/td,   Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                              Signature:    /s/Joseph Speetjens

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2019
                                Form ID: 318             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph J. Rogers    on behalf of Debtor Carole A Jones jjresq@comcast.net,    jjrogers0507@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```